# In the United States District Court
## for the District of Connecticut

Jason David HARTNAGLE }                              }

}

v.                                                   }

}

}                              3:13-cv-512 (mPS)

}

}

Jacob Joseph LEW }            Civil Action

}

**Comes now** Jason David of the HARTNAGLE family making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E(8). Jason David expressly retains the right to amend this complaint according to law and response by the Defendant Jacob Joseph LEW . Jurisdiction of the district court falls under diversity of citizenship, Title 28 USC §1333 as Jason David does not endorse private credit from the Federal Reserve. Also Title 12 USC §341 allows that the Federal Reserve board may be sued for breach of trust or law.

**Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

### Cause of action

Jason David has suffered injury for which relief may be granted by this district court of the United States because he has quit endorsing private credit from the Federal Reserve but the value of his lawful money currency is diminished as it is attached to Federal Reserve notes in value. Since making the demand for lawful money pursuant to Title 12 USC §411 Jason David considers his pay to be tendered to him in US notes, that is not in reserve currency but in the physical form of Federal Reserve notes. On January 21, 1971 the Treasury chose to quit putting more US notes into circulation because Federal Reserve notes function adequately in all respects like US notes which are in all respects – *Juilliard v. Greenman* 110 US 421 – like Federal Reserve notes. See "Treasury Faqs" webpage – "Legal Tender Status":

*United States notes serve no function that is not already adequately served by Federal Reserve notes. As a result, the Treasury Department stopped issuing United States notes, and none have been placed into circulation since January 21, 1971.*

Should the need arise, if the Treasury fails to refund Jason Hartnagle's withholdings, then the distinctions between reserve and non-reserve currencies will be detailed in the amended complaint.

This complaint is forthcoming because it has come to Jason Hartnagle's attention that when people have redeemed lawful money by demand for part or all of the tax year and file for the appropriate refund amount that IRS agents have been sending a letter threatening a $5K frivolous filing penalty. Jason David wishes to prevent this process with this preemptive claim expressed on both the 1040 Form and the 843 Form for Claim and Abatement. The recent letters cite a 2010 Memorandum that is both outdated, replaced by newer information and it does not apply in any way to redeeming lawful money according to the intent of Congress in the Federal Reserve Act §16 and its codification at Title 12 USC §411.

*...see Notice 2010-33, 2010-17 I.R.B., pp.609-12, which can be found on the Internal Revenue Service's website at www.IRS.gov (see Notice 2010-33 at http://www.irs.gov/irb/2010-17_IRB/ar13.html).*

A careful reading reveals only one brief encounter with the term Redemption and that is apparently written as related to some unrelated patriot mythology about being outside the territorial United States:

**(6) A taxpayer has been untaxed, detaxed, or removed <u>or redeemed</u> from the Federal tax system <u>though the taxpayer remains</u> a United States citizen or resident, or similar arguments described as frivolous in Rev. Rul. 2004? 31, 2004?1 C.B. 617.**

There is another section in that cite that resembles *Redemption of Lawful Money*:

**(12) Federal Reserve Notes are not taxable income when paid to a taxpayer because they are not gold or silver and may not be redeemed for gold or silver.**

Petitioner acknowledges that there was a gold seizure in 1933 and that the law was amended to read, "They shall be redeemed *in lawful money* on demand..." in 1934. It would be great if Federal Reserve notes could be redeemed in gold and silver but hoping for that is unrealistic.

It is clear however that by Title 31 USC §5115 and *US v Ware;* 608 F.2d 400, United States notes are lawful money and they are not a reserve currency.

**Title 31 §5115 (b)** The amount of United States currency notes outstanding and in circulation—

(1) may not be more than $300,000,000; and

(2) may not be held or used for a reserve.

*United States notes shall be lawful money, and a legal tender in payment of all debts, public and private, within the United States, except for duties on imports...*

So neither of the IRS agent instructions applies to redeeming lawful money by demand in this situation. Jason David has been making his demands as evidenced according to law. Therefore he is not endorsing private credit from the Federal Reserve nor does he support building the national debt. Jason David does not encourage fractional lending or the Fed's reserve currency but has been effectively using US notes in the form of Federal Reserve notes by necessity.

At this stage the complaint is simply a marker and an evidence repository. The summons when served on LEW is Notice that Jason David expects supervisory action processing his tax return so to avoid ignorant IRS agents feeling that Title 12 USC §411 falls under any of the instructions found in the above memorandum to IRS agents.

To interfere with lawful money redemption by the Treasury – the Secretary – or by the United Nations – LEW as US Governor for the International Monetary Fund would be a serious breach of fiduciary responsibility. Protecting the Federal Reserve from the expiration of the initial twenty-year charter (1913-1933) was a voluntary option of the American People and it still is by law. But this social contribution to the national debt has become such a problem that it is discouraging investors. On 10/12/12 the head of the IMF Christine LIGARD said in Tokyo:

*"Where should we see action? Certainly in Europe and more specifically in the Eurozone which is still at this time the epicenter of the crisis and where most urgent action is needed." [Narrator] Ms. LIGARD also criticized American leaders saying deadlock on how to treat the United States' burgeoning debt was spooking investors. In all she said that world recovery was being put in jeopardy by politics.*

**Furthermore let it be on the record that if Jason David had been informed in good faith that he had the option to redeem lawful money he would have been doing so since his first paycheck ever!**

**COURTS OF THE UNITED STATES** ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

attachments fully incorporated:

1) 843 Form – Claim and Abatement
2) Notice and Demand in general form
3) Notice and Demand specifically to bank account
4) 1040 Form
5) paycheck copies evidence Petitioner's demands for lawful money.

45 Hodder Dr
Hamden, CT 06514

{SEAL}

State of Connecticut          }
                              } ss: HAMDEN
County of New Haven           }

Subscribed and sworn before this _____4ᵗʰ_____ Day of April, 2013 by Jason David who is known to me.

On Has SHOWN to CT DRIVEN'S LICENSE AS proof of ID.

G. LAWRENCE GRIMALDI

My commission expires May 31ˢᵗ, 2015

G. Lawrence Grimaldi
NOTARY PUBLIC
State of Connecticut
My Commission Expires
May 31, 2015

## Addresses

United States District Court
for the District of Colorado
141 Church St
New Haven, CT
      06510

203-773-2140

Jason David HARTNAGLE
45 Hodder Dr
Hamden, CT
      06514

586-322-3810

Jacob Joseph LEW
1500 Pennsylvania Ave.
Washington, D.C.
      20220

202-622-2000

Department of the Treasury
Internal Revenue Service
Kansas City, MO
      64999-0002

Form **1040** Department of the Treasury—Internal Revenue Service (99)   **2012**   U.S. Individual Income Tax Return   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20 ____ | See separate instructions.

Your first name and initial | Last name | Your social security number
**Jason D** | **Hartnagle** | ████ 3 0 9 6

If a joint return, spouse's first name and initial | Last name | Spouse's social security number
**Angela A** | **Antinick** | ████ 7 5 0 3

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**Hamden, CT 06514**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

1 ☐ Single
2 ☑ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☑ Yourself. If someone can claim you as a dependent, **do not check box 6a** .
b ☑ Spouse .

| Boxes checked on 6a and 6b | **2** |
| No. of children on 6c who: | |
| • lived with you | **0** |
| • did not live with you due to divorce or separation (see instructions) | **0** |
| Dependents on 6c not entered above | **0** |
| Add numbers on lines above ▶ | **2** |

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . | | 7 | 105,204 00 |
| 8a | Taxable interest. Attach Schedule B if required . | | 8a | 40 00 |
| b | Tax-exempt interest. **Do not include on line 8a** . | 8b | 0 00 | |
| 9a | Ordinary dividends. Attach Schedule B if required . | | 9a | 0 00 |
| b | Qualified dividends . | 9b | 0 00 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . | | 10 | 1,381 00 |
| 11 | Alimony received . | | 11 | 0 00 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . | | 12 | 0 00 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | 0 00 |
| 14 | Other gains or (losses). Attach Form 4797 . | | 14 | 0 00 |
| 15a | IRA distributions . | 15a | 0 00 | b Taxable amount . | 15b | 0 00 |
| 16a | Pensions and annuities | 16a | 0 00 | b Taxable amount . | 16b | 0 00 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | 0 00 |
| 18 | Farm income or (loss). Attach Schedule F . | | 18 | 0 00 |
| 19 | Unemployment compensation . | | 19 | 0 00 |
| 20a | Social security benefits | 20a | 0 00 | b Taxable amount . | 20b | 0 00 |
| 21 | Other income. List type and amount **Demand For Lawful Money Reduction** | | 21 | (23,278 00) |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | | 22 | 83,346 00 |

**Adjusted Gross Income**

| | | | | |
|---|---|---|---|---|
| 23 | Educator expenses . | 23 | 0 00 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | 0 00 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | 0 00 | |
| 26 | Moving expenses. Attach Form 3903 . | 26 | 0 00 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 0 00 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | 0 00 | |
| 29 | Self-employed health insurance deduction . | 29 | 0 00 | |
| 30 | Penalty on early withdrawal of savings . | 30 | 0 00 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | 0 00 | |
| 32 | IRA deduction . | 32 | 0 00 | |
| 33 | Student loan interest deduction . | 33 | 356 00 | |
| 34 | Tuition and fees. Attach Form 8917 . | 34 | 0 00 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | 0 00 | |
| 36 | Add lines 23 through 35 . | | 36 | 356 00 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | 37 | 82,990 00 |

Form 1040 (2012)        Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 82,990 | 00 |
| | 39a | Check if: ☐ You were born before January 2, 1948, ☐ Blind. ☐ Spouse was born before January 2, 1948, ☐ Blind.  Total boxes checked ▶ 39a | 0 | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 20,890 | 00 |
| | 41 | Subtract line 40 from line 38 | 41 | 62,100 | 00 |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 7,600 | 00 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 54,500 | 00 |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ 962 election | 44 | 7,309 | 00 |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | 0 | 00 |
| Single or Married filing separately, $5,950 | 46 | Add lines 44 and 45 ▶ | 46 | 7,309 | 00 |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . | 47 | 0 | 00 | | |
| Married filing jointly or Qualifying widow(er), $11,900 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | 0 | 00 | | |
| | 49 | Education credits from Form 8863, line 19 . . . . | 49 | 0 | 00 | | |
| Head of household, $8,700 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | 0 | 00 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . | 51 | 0 | 00 | | |
| | 52 | Residential energy credits. Attach Form 5695 . . . | 52 | 0 | 00 | | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | 0 | 00 | | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 0 | 00 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 7,309 | 00 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | 0 | 00 |
| | 57 | Unreported social security and Medicare tax from: a ☐ 4137  b ☐ 8919 | 57 | 0 | 00 |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | 0 | 00 |
| | 59a | Household employment taxes from Schedule H | 59a | 0 | 00 |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | 0 | 00 |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | 0 | 00 |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 7,309 | 00 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . | 62 | 11,587 | 00 | | |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | 0 | 00 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | 0 | 00 | | |
| | b | Nontaxable combat pay election | 64b | 0 | 00 | | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . | 65 | 0 | 00 | | |
| | 66 | American opportunity credit from Form 8863, line 8 . . | 66 | 0 | 00 | | |
| | 67 | Reserved . . . . . . . . . . . . . | 67 | | | | |
| | 68 | Amount paid with request for extension to file . . . | 68 | 0 | 00 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . | 69 | 0 | 00 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . | 70 | 0 | 00 | | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ Reserved c ☐ 8801  d ☐ 8885 | 71 | 0 | 00 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 11,587 | 00 |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 4,278 | 00 |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ☐ ▶ | 74a | 4,278 | 00 |
| Direct deposit? ▶ See instructions. ▶ | b | Routing number | | | | ▶ c Type: ☐ Checking ☐ Savings | |
| | d | Account number | | | | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ | 75 | 0 | 00 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0 | 00 |
| | 77 | Estimated tax penalty (see instructions) | 77 | 0 | 00 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | | |
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| HARTNAGLE, JASON D | 10 APR 13 | Aircraft Mechanic | 586-322-3810 |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| HARTNAGLE, ANGELA A | 4/10/13 | Homemaker | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| Firm's name ▶ | | | Firm's EIN ▶ | | |
| Firm's address ▶ | | | Phone no. | | |

Form **1040** (2012)

Copy B – To Be Filed With Employee's FEDERAL Tax Return.

| | | | |
|---|---|---|---|
| **15 State** Employee's state ID number 00934820 **#0074820 00-96-000** | | | **CT** |
| 16 State wages, tips, etc. 244.29 | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

OMB No. 1545-0008   Department of the Treasury – Internal Revenue Service

**b** Employer identification number (EIN) 26039

**a** Employee's social security number 2096

**13** Statutory employee / Retirement plan / Third-party sick pay X

**14 Other**

**11 Nonqualified plans**

**10 Dependent care benefits**

12a See instructions for box 12

**e** Employee's name, address, and ZIP code
JASON
D HARTNAGLE
HAMDEN , CT 06514

**c** Employer's name, address, and ZIP code
LIBERTY LIFE ASSURANCE COMPANY
MAIL STOP 026
100 LIBERTY WAY
DOVER NH 03821-1525

| **W-2** Wage and Tax Statement | **2012** | Safe, accurate, FAST! Use **~e-file** | Visit the IRS website at www.irs.gov/efile. |

**1 Wages, tips, other compensation** 244.29

**2 Federal income tax withheld** 244.29

**3 Social security wages** 244.29

**4 Social security tax withheld** 10.26

**5 Medicare wages and tips** 244.29

**6 Medicare tax withheld** 3.54

**7 Social security tips**

**8 Allocated tips**

This information is being furnished to the Internal Revenue Service.

---

| 1 Wages, tips, other comp. 104959.66 | 2 Federal income tax withheld 11586.52 |
|---|---|
| 3 Social security wages 104959.66 | 4 Social security tax withheld 4408.31 |
| 5 Medicare wages and tips 104959.66 | 6 Medicare tax withheld 1521.92 |

| d Control number 126078 CL12/SAH 013500 | Dept. | Corp. | Employer use only |
|---|---|---|---|
| | | A | 2204 |

**c** Employer's name, address, and ZIP code
MS541-08
WINDSOR CT 06095

| b Employee's FED ID number 76 | a Employee's SSA number 3096 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 C 45.05 |
| 14 Other | 12b DD 10106.64 |
| | 12c |
| | 12d |
| | 13 Stat emp. / Ret. plan X / 3rd party sick pay |

**e/f** Employee's name, address and ZIP code
JASON D HARTNAGLE
HAMDEN CT 06514

| 15 State Employer's state ID no. CT -000 | 16 State wages, tips, etc. 104959.66 |
|---|---|
| 17 State income tax 5589.56 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2012**
Copy B to be filed with employee's Federal Income Tax Return.
OMB No. 1545-0008

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Itemized Deductions

▶ **Information about Schedule A and its separate instructions is at** *www.irs.gov/form1040.*
▶ **Attach to Form 1040.**

OMB No. 1545-0074

20**12**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Jason D Hartnagle Angela A Hartnagle

Your social security number

████3096

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | **1** | 0 00 | |
| | 2 | Enter amount from Form 1040, line 38 **2** | 0 00 | | |
| | 3 | Multiply line 2 by 7.5% (.075) | **3** | 0 00 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | **4** | 0 00 |
| **Taxes You Paid** | 5 | State and local **(check only one box):** | | | |
| | | a ☑ Income taxes, or | **5** | 5,590 00 | |
| | | b ☐ General sales taxes | | | |
| | 6 | Real estate taxes (see instructions) | **6** | 4,980 00 | |
| | 7 | Personal property taxes | **7** | 320 00 | |
| | 8 | Other taxes. List type and amount ▶ _____ | **8** | | |
| | 9 | Add lines 5 through 8 | | **9** | 10,890 00 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | **10** | 10,000 00 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | **11** | | |
| **Note.** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | **12** | | |
| | 13 | Mortgage insurance premiums (see instructions) | **13** | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | | |
| | 15 | Add lines 10 through 14 | | **15** | 10,000 00 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | **16** | 0 00 | |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **17** | 0 00 | |
| | 18 | Carryover from prior year | **18** | 0 00 | |
| | 19 | Add lines 16 through 18 | | **19** | 0 00 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | **20** | 0 00 |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | **21** | 864 00 | |
| | 22 | Tax preparation fees | **22** | 300 00 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | **23** | 0 00 | |
| | 24 | Add lines 21 through 23 | **24** | 1164 00 | |
| | 25 | Enter amount from Form 1040, line 38 **25** | 82,950 00 | | |
| | 26 | Multiply line 25 by 2% (.02) | **26** | 1,659 00 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | **27** | 0 00 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | | **28** | 0 00 |
| **Total Itemized Deductions** | 29 | Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 | | **29** | 20,890 00 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.        Cat. No. 17145C        Schedule A (Form 1040) 2012

Form **6251**

Department of the Treasury
Internal Revenue Service (99)

**Alternative Minimum Tax—Individuals**

OMB No. 1545-0074

**2012**

Attachment
Sequence No. **32**

▶ Information about Form 6251 and its separate instructions is at *www.irs.gov/form6251.*
▶ Attach to Form 1040 or Form 1040NR.

Name(s) shown on Form 1040 or Form 1040NR

Jason D Hartnagle  Angela A Hartnagle

Your social security number

~~3096~~

## Part I   Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | **1** | 62,060 00 |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | **2** | 0 00 |
| 3 | Taxes from Schedule A (Form 1040), line 9 | **3** | 10,890 00 |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions for this line | **4** | 10,000 00 |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | **5** | 0 00 |
| 6 | Skip this line. It is reserved for future use | **6** | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | **7** | ( 1,381 00) |
| 8 | Investment interest expense (difference between regular tax and AMT) | **8** | 0 00 |
| 9 | Depletion (difference between regular tax and AMT) | **9** | 0 00 |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | **10** | 0 00 |
| 11 | Alternative tax net operating loss deduction | **11** | ( 0 00) |
| 12 | Interest from specified private activity bonds exempt from the regular tax | **12** | 0 00 |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) | **13** | 0 00 |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | **14** | 0 00 |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | **15** | 0 00 |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | **16** | 0 00 |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | **17** | 0 00 |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular and AMT) | **18** | 0 00 |
| 19 | Passive activities (difference between AMT and regular tax income or loss) | **19** | 0 00 |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | **20** | 0 00 |
| 21 | Circulation costs (difference between regular tax and AMT) | **21** | 0 00 |
| 22 | Long-term contracts (difference between AMT and regular tax income) | **22** | 0 00 |
| 23 | Mining costs (difference between regular tax and AMT) | **23** | 0 00 |
| 24 | Research and experimental costs (difference between regular tax and AMT) | **24** | 0 00 |
| 25 | Income from certain installment sales before January 1, 1987 | **25** | ( 0 00) |
| 26 | Intangible drilling costs preference | **26** | 0 00 |
| 27 | Other adjustments, including income-based related adjustments | **27** | 0 00 |
| 28 | Alternative minimum taxable income. Combine lines 1 through 27. (If married filing separately, see instructions.) | **28** | 84,331 00 |

## Part II   Alternative Minimum Tax (AMT)

| | | | |
|---|---|---|---|
| 29 | Exemption. See instructions | **29** | 78,750 00 |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 31, 33, and 35, and go to line 34 | **30** | 5,581 00 |
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.<br>• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 54 here.<br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | **31** | 1,451 00 |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | **32** | 0 00 |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | **33** | 1,451 00 |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see instructions) | **34** | 7,301 00 |
| 35 | AMT. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | **35** | 00 |

For Paperwork Reduction Act Notice, see your tax return instructions.   Cat. No. 13600G   Form **6251** (2012)

2012 Form 1040 Line 21
Supporting Schedule
Demand for Lawful Money
Per 12 USC Section 411

Name: Jason D. Hartnagle          SSN: ████3096

-------------------------------------------------------------------------

Form 1040 Line 21:  Total Pay Reduction from Demanding Lawful Money

| | | |
|---|---|---|
| Net Pay | $17,007.67 | |
| Fed W/H | $3808.20 | |
| Fed MED/EE | $342.82 | |
| CT W/H | $1264.76 | |
| Before Tax Ded. | $602.25 | |
| After Tax Ded. | $252.00 | |
| Total Gross Pay Reduction to Line 21 | | $23,277.70 |

Description:  See attached copies of pay checks front and back.  Also enclosed, a copy of
Title 12 United States Code Section 411 for your review.

## Title 12 United States Code Section 411

Federal reserve notes, to be issued at the discretion of the Board of
Governors of the Federal Reserve System for the purpose of
making advances to Federal reserve banks through the Federal
reserve agents as hereinafter set forth and for no other purpose, are
authorized. The said notes shall be obligations of the United States
and shall be receivable by all national and member banks and
Federal reserve banks and for all taxes, customs, and other public
dues. They shall be redeemed in lawful money on demand at the
Treasury Department of the United States, in the city of
Washington, District of Columbia, or at any Federal Reserve bank.

ReDEEM For LAwFul Money
Pursuant to 12 USC SS 411



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SAH

Payroll check number: 0001479888

Pay date: 10/18/2012

50-937/213

$1377.26

YOUR COMPANY PHONE NUMBER IS ...605

Pay to the order of: **JASON D HARTNAGLE**

This amount: ONE THOUSAND THREE HUNDRED SEVENTY SEVEN AND 26/100 DOLLARS

Trevor Valentine

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234          Church St New Haven, Ct
VOID AFTER 90 DAYS

⑆4888⑆  ⑆ 9379⑈ 7223⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Redeemed In Lawful Money
Pursuant to USC §§ 411

E89490875





YOUR COMPANY PHONE NUMBER IS

SAH

Payroll check number: 0001483141
Pay date:                   11/01/2012

50-937/213

Pay to the
order of:      **JASON D HARTNAGLE**

This amount:  ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 16/100 DOLLARS        **$1788.16**

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

⑈0⑈483141⑈   ⑆0213093799⑆   0001⑈7223⑈

Redeemed in Lawful Money
Pursuant to 12 USC 48 411

715124763



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

50-937/213

SAM

YOUR COMPANY PHONE NUMBER                    2605

Payroll check number:   0001484444
Pay date:                11/08/2012

Pay to the
order of:        JASON D HARTNAGLE

This amount:   ONE THOUSAND FOUR HUNDRED TWENTY EIGHT AND 31/100 DOLLARS          $1428.31

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

                              Church St New Haven, Ct

Negotiable At Any Jp Morgan Chase 234
VOID AFTER 90 DAYS

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Redeemed In Lawful Money Pursuant to 12 USC § 411

L77684593



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SAH
Payroll check number: 0001485988
Pay date: 11/15/2012

YOUR COMPANY PHONE NUMBER IS

Pay to the order of: **JASON D HARTNAGLE**

This amount: ONE THOUSAND SIXTY SIX AND 10/100 DOLLARS        **$1066.10**

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

Trevor Valentine

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ■  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Redeemed In Lawful money
Pursuant to 12 USC A§ 411

F12878639



VERIFY DOCUMENT AUTHENTICITY / COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

GANNUM, INC.

50-937/213

Payroll check number: 0001487307
Pay date: 11/21/2012

SAH

$1984.06

Sikorsky
Mission Technologies Company

YOUR COMPANY PHONE NUMBER IS 2605

Pay to the order of:

**JASON D HARTNAGLE**

This amount: ONE THOUSAND NINE HUNDRED EIGHTY FOUR AND 06/100 DOLLARS

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Church St New Haven, Ct

Negotiable At Any Jp Morgan Chase 234
VOID AFTER 90 DAYS

⑈0148730⑈ ⑈0213493 79⑈ 0001487307 ⑈223⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

REDEEMED In Lawful Money
Pursuant to 12 USC § 411

F14062388

Redeemed In Lawful Money
Pursuant to 12 USC § 411
JtH

F11824543



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SIKORSKY
a United Technologies Company
6900 Main St., Stratford, CT 06614

YOUR COMPANY PHONE NUMBER IS 800-687-2605

SAH

Payroll check number: 0001488863

Pay date: 11/29/2012

50-9372-13

$1846.32

Pay to the order of: **JASON D HARTNAGLE**

This amount: ONE THOUSAND EIGHT HUNDRED FORTY SIX AND 32/100 DOLLARS

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

Thomas Valentine

⑈0ı4888631ı ⑆00ⅼⅈ0ⅰ37⑈ɜ 50ıℤ5ⅈ7223ıⅈ

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

REDEEMED In Lawful Money
Pursuant to 12 USC § 411

O411

F08600043



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHT AT BOTTOM

SAH
Payroll check number: 0001490206
Pay date: 12/06/2012

50-937/213

**$1371.94**

**JASON D HARTNAGLE**

Pay to the order of:

This amount: ONE THOUSAND THREE HUNDRED SEVENTY ONE AND 94/100 DOLLARS

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234 . Church St New Haven, Ct
VOID AFTER 90 DAYS

YOUR COMPANY PHONE NUMBER

Sikorsky

Thomas Valentine

⑆01490206⑆ ⑈0372379⑈: 0045422 23⑆

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

REDEEMED IN LAWFUL
Money pursuant to 12 USC §411

F03598729



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SAH

50-9377/213

Payroll check number: 0001493129

Pay date:                    12/20/2012

$1899.45

YOUR COMPANY PHONE NUMBER          2605

Pay to the
order of:       **JASON D HARTNAGLE**

This amount:   ONE THOUSAND EIGHT HUNDRED NINETY NINE AND 45/100 DOLLARS

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

Trevor Valentin

⑈0 1493 129⑈   ⑆0 3379⑆   223⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

SAH
Payroll check number: 0001491852
Pay date: 12/13/2012

50-987/213

$1758.66

Pay to the order of:

JASON D HARTNAGLE

YOUR COMPANY PHONE NUMBER

This amount: ONE THOUSAND SEVEN HUNDRED FIFTY EIGHT AND 66/100 DOLLARS

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

Thomas Valentine

⑈0014918522⑈   ⑆021301337⑆:   7223⑈

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK

Redeemed In Lawful Money
Pursuant to 12 USC § 411

F05918822

ReDEEMeD In LawFul Money
Pursuant to 12 USC § 411

F022216836





VERIFY DOCUMENT AUTHENTICITY / COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

50-937/218

YOUR COMPANY PHONE NUMBER

**JASON D HARTNAGLE**

SAH

Payroll check number: 0001494458
Pay date: 12/27/2012

Pay to the order of:

This amount: ONE THOUSAND THREE HUNDRED TWELVE AND 01/100 DOLLARS

$1312.01

THE CHASE MANHATTAN BANK, N.A.
SYRACUSE, NEW YORK

Negotiable At Any Jp Morgan Chase 234        Church St New Haven, Ct
VOID AFTER 90 DAYS

Thomas Valastro

⑈0₁4944581⑈  ⑆137791⑆  ₁₇2231⑈

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  ▪  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

Wells Fargo Bank, N.A.
Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

| OMB No. 1545-0112 | 01/20/13 |
|---|---|
| **2012** | **Interest Income** |
| Substitute Form **1099-INT** | |

1AV    06953/102953/006953 0282   1 ACPX3S 936

JASON D HARTNAGLE

HAMDEN CT  06514-3307

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | Payer's RTN (optional) | OMB No. 1545-0112 **2012** 01/20/13 Substitute Form **1099-INT** | **Interest Income** |
|---|---|---|---|
| **WELLS FARGO BANK, N. A.** DES MOINES, IA 50328-0001 1-800-222-0238 | | | |

| | 1 Interest income $39.81 | | **Copy B** **For Recipient** |
|---|---|---|---|
| PAYER'S Federal identification number 94-1347393 | RECIPIENT'S identification number XXX-XX-3096 | 2 Early withdrawal penalty $0.00 | 3 Interest on U.S. Savings Bonds and Treasury obligations $ |
| RECIPIENT'S name, street address, city, state, and ZIP code JASON D HARTNAGLE 45 HODDER DR HAMDEN CT  06514-3307 | | 4 Federal income tax withheld $0.00 | 5 Investment expenses $0.00 |
| | | 6 Foreign tax paid $ | 7 Foreign country or U.S. possession |
| Account number (see instructions) 2867 | | | |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Substitute Form **1099-INT**          (Keep for your records)          Department of the Treasury - Internal Revenue Service

---

## Instructions for Recipient

**Recipient's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1.** Shows taxable interest paid to you during the calendar year by the payer. This does not include interest shown in box 3. May also show the total amount of the credits from clean renewable energy bonds, Gulf tax credit bonds, qualified forestry conservation bonds, new clean renewable energy bonds, qualified energy conservation bonds, qualified zone academy bonds, Midwestern tax credit bonds, qualified school construction bonds, and build America bonds that must be included in your interest income. These amounts were treated as paid to you during 2012 on the credit allowance dates (March 15, June 15, September 15, and December 15). For more information, see Form 8912, Credit to Holders of Tax Credit Bonds.

**Box 2.** Shows interest or principal forfeited because of early withdrawal of time savings. You may deduct this amount to figure your adjusted gross income on your income tax return. See the instructions for Form 1040 to see where to take the deduction.

**Box 3.** Shows interest on U.S. Savings Bonds, Treasury bills, Treasury bonds, and Treasury notes. This may or may not all be taxable. See Pub. 550. This interest is exempt from state and local income taxes. This interest is not included in box 1.

**Box 4.** Shows backup withholding. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number (TIN) or you did not furnish the correct TIN to the payer. See Form W-9. Include this amount on your income tax return as tax withheld.

**Box 5.** Any amount shown is your share of investment expenses of a single-class REMIC. If you file Form 1040, you may deduct these expenses on the "Other expenses" line of Schedule A (Form 1040) subject to the 2% limit. This amount is included in box 1.

**Box 6.** Shows foreign tax paid. You may be able to claim this tax as a deduction or a credit on your Form 1040. See your Form 1040 instructions.

**Nominees.** If this form includes amounts belonging to another person(s), you are considered a nominee recipient. Complete a Form 1099-INT for each of the other owners showing the income allocable to each. File Copy A of the form with the IRS. Furnish Copy B to each owner. List yourself as the "payer" and the other owner(s) as the "recipient." File Form(s) 1099-INT with the Internal Revenue Service Center for your area. On Form 1096 list yourself as the "filer." A husband or wife is not required to file a nominee return to show amounts owned by the other.



102953/006953 ACPX3S S1-ET-M1-C013

RECIPIENT'S/LENDER'S name, address and telephone number          01/21/13

Wells Fargo Bank, N.A.
Return Mail Operations
Po Box 14411
Des Moines, IA 50306-3411

We accept telecommunications relay service calls.
Fax #: 1-866-278-1179
Phone #: 1-800-222-0238                          ☐ CORRECTED (if checked)

PAYER'S/BORROWER'S name, street address, city, state, and ZIP code

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

1AT     03603/142442/003617 0485   1 ACPX4I 936

JASON D HARTNAGLE

HAMDEN CT 06514-3307

| | |
|---|---|
| **\*Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2012** Substitute Form 1098 |

MORTGAGE INTEREST STATEMENT

Copy B
For Payer

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

| | |
|---|---|
| RECIPIENT Federal Identification no. | 94-1347393 |
| PAYER'S Social Security number | XXX-XX-3096 |
| 1 Mortgage Interest received from payer(s)/borrower(s) | $9,999.53 |
| 2 Points paid on purchase of principle residence (See Box 2 on back.) | $0.00 |
| 3 Refund of overpaid interest (See Box 3 on back.) | $0.00 |
| 4 Real Estate Taxes | $4,979.75 |
| Account number (optional) | 2867 |

Form 1098 Substitute     SEE BACK SIDE FOR IMPORTANT INFORMATION  (Keep for your records.)     Department of the Treasury - Internal Revenue Service

Please consult a Tax Advisor about the deductibility of any payments made by you or others.

| Principal reconciliation | Property address |
|---|---|
| $219,126.68  Beginning balance<br>$4,826.93  Principal applied<br>$214,299.75  Ending balance | 45 HODDER DRIVE<br>HAMDEN CT 06514<br><br>$1,544.06  Total current payment<br>$464.60  Escrow portion of pmt |

― 2012 INTEREST DETAIL ―

TOTAL INTEREST APPLIED 2012                                          $9,999.53
2012 MORTGAGE INTEREST RECEIVED FROM PAYER/BORROWER(S)               $9,999.53

If you have questions about your loan, you can use the number listed at the top of this statement. By selecting one of the options listed, you can receive information regarding:

- Taxes paid year-to-date                 - Interest paid year-to-date
- The amount & date of your last payment   - Other valuable information

If you prefer to not receive a paper copy of this statement and receive it online only for future years, register at wellsfargo.com and select Delivery Preferences. We issue tax documents to the primary account owner. For security reasons, tax documents are available for online viewing only by the owner of the Taxpayer Identification Number (TIN) associated with the IRS reporting.

Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., believes Customers come first. You can always count on us to provide the excellent service you've come to expect.



142442/003617 ACPX4I S1-ET-M1-C021

## Transaction Form

SIKORSKY
CREDIT UNION

**Account Number** 6717

| Deposit | Withdrawal | Payment |
| --- | --- | --- |
| ☐ | ☒ | 350.00 00 |

Hochzeik Jason
Name, last/first

Amount ___ Suffix
Amount ___ Suffix
Amount ___ Suffix
Amount ___ Suffix

☐ Transfer _____ from _____ to _____
Amount        Suffix    Account number only if different    Suffix    Account number only if different

NCUA   Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government

**Share Account Suffixes**
00 Regular Savings Account
02 Special Savings Account
04 Money Market Savings
08 Holiday Savings
09 Vacation Savings
60 Daily Money Market
90 Checking Account

**Loan Account Suffixes**
10-11 Line One
12-19 VISA®
20-29 Unsecured Personal Loan
30-39 Vehicle Loan
40-49 Secured Loan
50-59 Mortgage
56-57 Home Equity Line of Credit
60-69 Other Loan type

Signature J. Sen
REDEEMED In Lawful Money
Pursuant to UCC SEC 1-207
UCC SEC 1-308

Account number only if different

**CASH RETURN $** 350.00

Please note that funds from deposits may not be available for immediate withdrawal or check paying. Please refer to our Funds Availability Policy.        REV 02/11

11APR13   County of New Haven
State of Connecticut

Received Cash As Follows:
$100 Bill C629388741A
$100 Bill AL355256 25A
$100 Bill FG 94544673 A
$100 Bill IB 59650046A
$50 Bill

J. Sen (Seal)