USDC for the District of Connecticut
**Memorandum of Law** Case #3:13- cv-512 MPK

RECEIVED
MAY - 3 2013
U.S. DISTRICT COURT
HARTFORD, CONN.

I am Jason David of the HARTNAGLE family and I have been injured financially by machinations causing the US note to be pegged to the Federal Reserve note in value.

My $5 US note should have bought me $100 worth of merchandise as I spent it on Thursday 5/2/13. This is calculated against the Amendments to the Bretton Woods Agreements (Public Law 94-564) among other historical facts. [International earmark for gold – the IMF Trust Fund is $42.22/troy ounce.] As the Federal Reserve has inflated their notes, using them as reserve currency, it has severely hurt the value of their notes. This injury is laid out plainly in the civil suit complaint. US notes cannot be utilized in any way as reserve currency, and therefore should not have dropped in value along with the Federal Reserve notes.

It is incorrect to say that I have only been injured hypothetically. The Federal Reserve System has injured me in substance and fact for my entire adult working life. Now that I redeem lawful money and only have Federal Reserve notes available I find that the lawful money I demand by right is depreciated in value by fractional lending just like reserve currency from the Fed.

Sincerely,

Jason David

2013 MAY -3 P 1:49
FILED
DISTRICT COURT

## Affidavit of Jason David HARTNAGLE

My name is Jason David HARTNAGLE. I am 33 years old, and I reside at 45 Hodder Dr, Hamden, CT 06514.

I, Jason David, attest that on the second of May, 2013, I purchased goods totaling 3 dollars at the Mobil gas station located at 1913 Dixwell Avenue in Hamden, ct with a 5 dollar denomination, 1963 series United States note with serial number A 06942247 A. I was given two one dollar Federal Reserve notes as change for this transaction.

I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

_____
Jason David HARTNAGLE

STATE OF CONNECTICUT, COUNTY OF NEW HAVEN, ss:

The foregoing instrument was acknowledged before me this __3__ day of __May__, __2013__, by Jason David HARTNAGLE, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief. _____
Signature of person taking acknowledgment

Ethan Donovan
NOTARY PUBLIC
State of Connecticut
My Commission Expires
February 28, 2017

_Notary Public_
Title

_160084_
Serial number, if any

