Jason David
45 Hodder Dr
Hamden, Connecticut
06514

United States District Court Registered mail # RE 739 721 161 US
for the District of Connecticut
Office of the Clerk
141 Church Street
New Haven, CT
06510

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 03:13-cv-00512-MPS. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

### Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____ Petitioner

Layne CARVER Registered mail # RE 739 721 144 US
1973 N Rulon White Blvd M/S 4210
Ogden, UT
[84404-0040]

Jacob Joseph Lew Registered mail # RE 739 721 158 US
1500 Pennsylvania Ave
Washington, D.C.
20220

**RECEIPT** DATE 4/1/13 No. 807044

RECEIVED FROM Jason David Hartnagle   $350.00

Three hundred fifty 00/100 _____ DOLLARS

☐ FOR RENT
☐ FOR  case # 3:13-cv-512 (MPS)

Hartnagle v Lew

FROM _____ TO _____

BY Joanne Resta

3-11

**IRS** Department of the Treasury
Internal Revenue Service

1973 N Rulon White Blvd M/S 4210
Ogden UT 84404-0040

In reply refer to: 0469000192
July 18, 2013   LTR 3175C   0
                000000 00        R
Input Op: 0469062701 00029812
BODC: WI

JASON D & ANGELA A HARTNAGLE
45 HODDER DR
HAMDEN CT 06514-3307

Dear Taxpayer:

This is in reply to your correspondence received June 06, 2013.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's

[Stamped in red across letter: "REFUSED FOR CAUSE"]

```
                                                      0469000192
                                    July 18, 2013  LTR 3175C   0
                                    ███████████    000000 00      R
                                    Input Op:  0469062701 00029815
```

JASON D & ANGELA A HARTNAGLE
45 HODDER DR
HAMDEN   CT   06514-3307


                                        Sincerely yours,

                                        *[signature]*

                                        Layne Carver
                                        Operations Mgr., Exam SC Support

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105

*[Handwritten in red across page: "REFUSED For CAUSE"]*