RECEIVED
SEP 05 2013
U.S. DISTRICT COURT
NEW HAVEN, CT

Jason David
45 Hodder Dr
Hamden, Connecticut.
06514

United States District Court Registered mail # RA 131 863 675 US
for the District of Connecticut
Office of the Clerk
141 Church Street
New Haven, CT
06510

US DISTRICT COURT HARTFORD CT 2013 SEP 20 P 2:39 FILED

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 03:13-cv-00512-MPS. This is evidence if this presenter claims I have obligations

Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____ Petitioner

Kim BAILEY Registered mail # RA 131 863 689 US
Kansas City, MO
[64999-0025]

Jacob Joseph Lew Registered mail # RA 131 863 701 US
1500 Pennsylvania Ave
Washington, D.C.
20220

RECEIVED

Jason David
45 Hodder Dr
Hamden, Connecticut.
06514

SEP 05 2013

U.S. DISTRICT COURT
NEW HAVEN, CT

United States District Court Registered mail # RA 131 863 675 US
for the District of Connecticut
Office of the Clerk
141 Church Street
New Haven, CT
06510

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 03:13-cv-00512-MPS. This is evidence if this presenter claims I have obligations

Certificate of Mailing

My signature below expresses that I have mailed a copy of the presentment, refused for cause with the original clerk instruction to the district court and the original presentment, refused for cause in red ink and a copy of this clerk instruction has been mailed registered mail as indicated back to the presenter within a few days of presentment.

_____ Petitioner

Thomas E. BROWN Registered mail # RA 131 863 692 US
Stop 6525 (AM CIS)
Kansas City, MO
[64999-0025]

Jacob Joseph Lew Registered mail # RA 131 863 701 US
1500 Pennsylvania Ave
Washington, D.C.
20220


**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY   MO   64999-0025

In reply refer to: 0938000000
Aug. 27, 2013   LTR 2644C   K0
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   201212   30
Input Op: 0909960131   00026924
BODC: WI

JASON D & ANGELA A HARTNAGLE
45 HODDER DR
HAMDEN   CT   06514-3307

RECEIVED
SEP 0  2013
U.S. DISTRICT COURT
NEW HAVEN, CT

019678

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2012

Form: 1040

Dear Taxpayer:

We previously sent you a letter concerning your inquiry received Apr. 20, 2013. Although we try to respond quickly, extensive research is often required. At this time we are unable to provide a complete response because:

   Due to heavy workload, we have not yet completed our research to resolve your inquiry.

   While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply a payment properly, please write the taxpayer identification number and tax period listed at the top of this letter on your check or money order.

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we are taking.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include your telephone number, the hours we can reach you, and this letter. Keep a copy of this letter for your records.

Your Telephone Number (___) _____   Hours _____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

*[Handwritten across letter: "REFUSED FOR CAUSE"]*

```
                                                    0938000000
                                 Aug. 27, 2013   LTR 2644C    K0
                                 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    201212 30
                                 Input Op:  0909960131 00026925
```

JASON D & ANGELA A HARTNAGLE
45 HODDER DR
HAMDEN   CT   06514-3307

**REFUSED FOR CAUSE**

Sincerely yours,

*Kim Bailey*

Kim Bailey
Operations Manager, AM OPS 1

RECEIVED
SEP 0 5 2013
U.S. DISTRICT COURT
NEW HAVEN, CT

**IRS** Department of the Treasury
Internal Revenue Service

Stop 6525 (AM CIS)
Kansas City   MO   64999-0025

In reply refer to: 0932960912
Aug. 29, 2013    LTR 76C   0
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   201212 30
                    00000480
BODC: WI

JASON D & ANGELA A HARTNAGLE
45 HODDER DR
HAMDEN   CT   06514-3307



020917

Taxpayer Identification Number:   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
Tax Period(s):   Dec. 31, 2012
Form:   1040

Dear Taxpayer:

Thank you for the inquiry of Apr. 20, 2013.

Your refund of $4,278.00 was mailed out on May 8, 2013.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.
Telephone Number (   ) _____ Hours_____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

Sincerely yours,

Thomas E. Brown
Thomas E. Brown
Operations Manager, AM Operation 2

*[Stamped across letter: REFUSED FOR CAUSE]*

