**United States District Court**
**District of Connecticut**

FILED
2014 MAY 7 PM 1 52
U.S. DISTRICT COURT
NEW HAVEN, CT.

Jason David Hartnagle
   Plaintiff
v.

Case Number 3:13cv00512(MPS)

Jacob Joseph LEW
   Defendant

04/29/2014

## REFUSAL FOR CAUSE

Jason David Hartnagle requests this refusal for cause be filed in the case jacket of Article III case 3:13-cv-00512-MPS. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.

The presentment in question asserts that I owe a penalty and makes arguments based on IRS Section 6702. An examination of that section, as well as the also listed Notice 2010-33, shows no correlation to any actions by the Petitioner. TITLE 12 USC §411 states that Federal Reserve notes **shall be redeemed on demand in lawful money.**

*Jason David Hartnagle*
832 Mid Gladwin County Line Rd
Hope, MI 48628
586-322-3810

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to:

INTERNAL REVENUE SERVICE
Registered mail # RE 730 317 825 US
Kansas City, MO
[64999-0010]

Jacob Joseph LEW
Registered Mail # RE 730 317 839 US
1500 Pennsylvania Ave
Washington, D. C.
20220

on the date: 5/1/2014

_[signature]_