**United States District Court**
**District of Connecticut**

| | |
|---|---|
| Jason David Hartnagle<br>Plaintiff<br>v.<br><br>Jacob Joseph LEW<br>Defendant | Case Number 3:13cv00512(MPS)<br><br>09/29/2014 |

### REFUSAL FOR CAUSE

Jason David Hartnagle requests this refusal for cause be filed in the case jacket of Article III case 3:13-cv-00512-MPS. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future.

The presentment in question makes false assertions, including, but not limited to, changing amounts on the 1040 in question to show amounts that are so skewed as to be impossible, that the plaintiff owes taxes, and other fees. TITLE 12 USC §411 states that Federal Reserve notes shall be redeemed on demand in lawful money.

Jason David Hartnagle
832 Mid Gladwin County Line Rd
Hope, MI 48628
586-322-3810

2014 OCT 6 PM 2 12
U.S. DISTRICT COURT
NEW HAVEN, CT.
FILED



Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0010

| Notice | CP11 |
|---|---|
| Tax Year | 2013 |
| Notice date | September 29, 2014 |
| Social Security number | 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 |
| To contact us | 1-800-829-0922 |
| Your Caller ID | 699130 |
| Page 1 of 4 | 89H |

002935.491282.226494.12338 1 AB 0.406 700



JASON D HARTNAGLE
832 MID GLAD COUNTY LINE RD
HOPE MI 48628-9714

002935

## Changes to your 2013 Form 1040

### Amount due: $69,259.71

We believe there's a miscalculation on your 2013 Form 1040, which affects the following area of your return:

- Tax Computation

We made changes to your return that correct this error. As a result, you owe $69,259.71.

**Billing Summary**

| | |
|---|---:|
| Tax you owed | $59,303.65 |
| Payments you made | -2,374.00 |
| Failure-to-file penalty | 11,385.93 |
| Interest charges | 944.13 |
| **Amount due by October 20, 2014** | **$69,259.71** |

*[Handwritten across page: "REFUSED For CAUSE"]*

### What you need to do immediately

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- Pay the amount due of $69,259.71 by October 20, 2014, to avoid additional penalty and interest charges.

Continued on back...



JASON D HARTNAGLE
832 MID GLAD COUNTY LINE RD
HOPE MI 48628-9714

| Notice | CP11 |
|---|---|
| Notice date | September 29, 2014 |
| Social Security number | 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 |

**Payment**



- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (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), the tax year (2013), and the form number (1040) on your payment and any correspondence.

Amount due by October 20, 2014         $69,259.71

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0010

371043096 XX HART 30 0 201312 670 00006925971

| | |
|---|---|
| Notice | CP11 |
| Tax Year | 2013 |
| Notice date | September 29, 2014 |
| Social Security number | 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 |
| Page 3 of 4 | 89H |

002935

### What you need to do immediately — continued

**If you don't agree with the changes — continued**
- If we don't hear from you, we'll assume you agree with the information in this notice.

If you've already paid your balance in full within the past 14 days or made payment arrangements, please disregard this notice.

### If we don't hear from you

- If you don't pay $69,259.71 by October 20, 2014, interest will increase, and additional penalties may apply.

### Changes to your 2013 tax return

Information was changed because of the following:
- We computed your tax on Line 44 of your Form 1040 for you.

**Your tax calculations**

*Refused* *for cause*

| Description | Your calculations | IRS calculations |
|---|---|---|
| Adjusted gross income, line 37 | $220,759.00 | $220,759.00 |
| Taxable income, line 43 | 0.00 | 214,659.00 |
| Total tax, line 61 | $0.00 | $59,303.65 |

**Your payments and credits**

| Description | | IRS calculations |
|---|---|---|
| Income tax withheld, line 62 | | $2,374.00 |
| Estimated tax payments, line 63 | | 0.00 |
| Other credits, lines 64, 65-67, 69-71 | | 0.00 |
| Other payments | | 0.00 |
| **Total payments and credits** | | **$2,374.00** |

### Penalties

We are required by law to charge any applicable penalties.

**Failure-to-file**

| Date received | Months late | Unpaid amount | Penalty rate | Amount |
|---|---|---|---|---|
| 08/15/2014 | 04 | $56,929.65 | 5.00% | $11,385.93 |
| **Total failure-to-file** | | | | **$11,385.93** |

When you file your tax return after the due date, we charge a penalty of up to 5% of the unpaid tax per month for no more than 5 months or up to 25% of the unpaid amount. If the return is more than 60 days late, we may charge the minimum of $135 or 100% of the unpaid tax, whichever is less, for tax returns due after December 31, 2008. We count part of a month as a full month. (Internal Revenue Code section 6651)

### Interest charges

We are required by law to charge interest on unpaid tax from the date the tax return was due to the date the tax is paid in full. The interest is charged as long as there is an unpaid amount due, including penalties, if applicable. (Internal Revenue Code section 6601)

| Period | Days | Interest rate | Interest factor | Amount due | Interest charge |
|---|---|---|---|---|---|
| 04/15/2014 – 09/29/2014 | 167 | 3.0% | 0.013820090 | $68,315.58 | $944.13 |

Continued on back...



| | |
|---|---|
| Notice | CP11 |
| Tax Year | 2013 |
| Notice date | September 29, 2014 |
| Social Security number | 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 |
| Page 2 of 4 | 89H |

**What you need to do immediately — continued**

**If you agree with the changes we made — continued**
- If you can't pay the amount due, pay as much as you can now and make payment arrangements that allow you to pay off the rest over time. Visit www.irs.gov/Payments for more information about:
  - Installment and payment agreements—download required forms or save time and money by applying online if you qualify
  - Automatic payment deductions from your bank account
  - Payroll deductions
  - Credit card payments

Or, call us at 1-800-829-0922 to discuss your options.

**If you don't agree with the changes**
- Call 1-800-829-0922 to review your account. You can also contact us by mail. Fill out the Contact information section, detach, and send it to us with any correspondence or documentation.

If you contact us in writing within 60 days of the date of this notice, we will reverse the change we made to your account. However, if you are unable to provide us additional information that justifies the reversal and we believe the reversal is in error, we will forward your case for audit. This step gives you formal appeal rights, including the right to appeal our decision in court before you have to pay the additional tax. After we forward your case, the audit staff will contact you within 5 to 6 weeks to fully explain the audit process and your rights. If you do not contact us within the 60-day period, you will lose your right to appeal our decision before payment of tax.

If you do not contact us within 60 days, the change will not be reversed and you must pay the additional tax. You may then file a claim for refund. You must submit the claim within 3 years of the date you filed the tax return, or within 2 years of the date of your last payment for this tax.



Refused For Cause

---

IRS

**Contact information**

JASON D HARTNAGLE
832 MID GLAD COUNTY LINE RD
HOPE MI  48628-9714

| | |
|---|---|
| Notice | CP11 |
| Notice date | September 29, 2014 |
| Social Security number | 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 |

If your address has changed, please call 1-800-829-0922 or visit www.irs.gov.

☐ Please check here if you've included any correspondence. Write your Social Security number (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), the tax year (2013), and the form number (1040) on any correspondence.

| Primary phone | Best time to call | Secondary phone | Best time to call |
|---|---|---|---|
| | ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. |

INTERNAL REVENUE SERVICE
KANSAS CITY, MO 64999-0010

371043096 XX HART 30 0 201312

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to:

Department of the Treasury
INTERNAL REVENUE SERVICE
Registered Mail # 730 319 769 US
Kansas City, MO
[64999-0010]

Jacob Joseph LEW
Registered Mail # RE730 319 741 US
1500 Pennsylvania Ave
Washington, D. C.
20220

on the date: 9/29 /2014